IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DAVID BARBEE,<br><br>    Plaintiff,<br><br>v.<br><br>MERIWETHER COUNTY, GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 3:19-cv-45-TCB |

## **O R D E R**

This matter is before the Court on the parties' joint motion [47] for approval of their settlement agreement. For good cause shown, the motion is granted and it is hereby ordered that the settlement of this matter is approved.

IT IS SO ORDERED this 15th day of May, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge